**FILED**
July 22, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GILDARDO PEREZ AVILEZ,<br><br>Defendant. | Case No. 2:22-mj-00105-DB<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  GILDARDO PEREZ AVILEZ , Case No. 2:22-mj-00105-DB  Charge 21 USC § 841(a)(1) , from custody for the following reasons:

_____   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

__X__   Unsecured Appearance Bond $   20,000.00

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

__X__   (Other):  The defendant's release is delayed until Monday, July 25, 2022 at 9:00 AM.

Issued at Sacramento, California on July 22, 2022, at 2:40 PM.

By: _____
Magistrate Judge Allison Claire