Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
GILDARDO PEREZ AVILEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GILDARDO PEREZ AVILEZ,<br>　　　　　Defendant | CASE NO. 22-00167-WBS<br><br>STIPULATION AND ORDER TO MODIFY<br>CONDITIONS OF PRETRIAL RELEASE |

　　　It is hereby stipulated by Counsel for the Government, Assistant United States Attorney, Justin Lee and Defense Counsel, Dina L. Santos; Counsel for Defendant, Gildardo Perez Avilez, that the Defendant be allowed to reside at a residence approved by Pretrial Services.  This amendment will allow the Defendant to reside with his wife and will remove the condition that he reside in the home of his third-party custodian.   Pretrial Services and the Government do not oppose the modification. The amended special conditions of release are attached.

Dated: September 13, 2022　　　　　　　　　　/s/　Dina L. Santos
　　　　　　　　　　　　　　　　　　　　　　DINA SANTOS, ESQ.
　　　　　　　　　　　　　　　　　　　　　　Attorney for Gildardo Perez Avilez

1

Dated:  September 13, 2022

/s/ Justin Lee
JUSTIN LEE
Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED**:

Dated:  September 13, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2