Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone:  (916) 447-0160
Facsimile:   (916) 447-2988

Attorney for:
GILDARDO PEREZ AVILEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>GILDARDO PEREZ AVILEZ,<br>                              Defendant | CASE NO.  22-00167-WBS<br><br>STIPULATION AND ORDER TO ALLOW DEFENDANT TO ATTEND FAMILY EVENT |

    It is hereby stipulated by Counsel for the Government, Assistant United States Attorney, Justin Lee and Defense Counsel, Dina L. Santos; Counsel for Defendant, Gildardo Perez Avilez, that the Defendant be allowed to travel to the Northern District to attend a quincinera event with his family on September 24, 2022, in Exeter, California, and return to the Eastern District on September 25, 2022.  The religious ceremony will take place at 417 North E Street, Exeter, CA, and the reception will take place at 34854 Road 124, Visalia, California.    Pretrial Services and the Government do not oppose the modification.

1

Dated:  September 21, 2022          /s/   Dina L. Santos
                                    DINA SANTOS, ESQ.
                                    Attorney for Gildardo Perez Avilez

Dated:  September 21, 2022          /s/ Justin Lee
                                    JUSTIN LEE
                                    Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED**:

Dated:  September 22, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE