Dina L. Santos, SBN 204200
A Professional Law Corporation
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Facsimile: (916) 447-2988

Attorney for:
GILDARDO PEREZ AVILEZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>GILDARDO PEREZ AVILEZ,<br>　　　　　　　Defendant | CASE NO. 22-00167-WBS<br><br>STIPULATION AND ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |

It is hereby stipulated by Counsel for the Government, Assistant United States Attorney, Justin Lee and Defense Counsel, Dina L. Santos; Counsel for Defendant, Gildardo Perez Avilez, that conditions 12 and 13 be deleted, resulting in the removal of location monitoring and curfew. Pretrial Services and the Government do not oppose the modification. The amended special conditions of release are attached.

Dated: December 15, 2022　　　　　　　/s/   Dina L. Santos
　　　　　　　　　　　　　　　　　　　DINA SANTOS, ESQ.
　　　　　　　　　　　　　　　　　　　Attorney for Gildardo Perez Avilez

Dated: December 15, 2022　　　　　　　/s/ Justin Lee
　　　　　　　　　　　　　　　　　　　JUSTIN LEE
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

1

**ORDER**

**IT IS SO ORDERED**:

Dated:  December 15, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE